1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ALFONSO DE LA CRUZ-TORREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00107-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: June 9, 2011 |
| ALFONSO DE LA CRUZ-TORREZ, ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant ALFONSO DE LA CRUZ-TORREZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 5, 2011, be continued to Thursday, June 9, 2011, at 9:00 a.m..

   The reason for this continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 9, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 28, 2011        Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ALFONSO DE LA CRUZ-TORREZ

DATED: April 28, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded from today's date through and including June 9, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE