```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ALFONSO DE LA CRUZ-TORREZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,   )  No. 2:10-cr-00107-MCE
12                              )
              Plaintiff,        )
13                              )
         v.                     )  STIPULATION AND ORDER
14                              )
    ALFONSO DE LA CRUZ-TORREZ,  )  DATE: July 14, 2011
15                              )  TIME: 9:00 a.m.
              Defendant.        )  JUDGE: Hon. Morrison C. England Jr.
16                              )
    _____)
17
```

18    It is hereby stipulated and agreed to between the United States of
19 America through MICHELE BECKWITH, Assistant U.S. Attorney, and
20 defendant ALFONSO DE LA CRUZ-TORREZ, by and through his counsel,
21 BENJAMIN GALLOWAY, Assistant Federal Defender, that the status
22 conference set for Thursday, June 9, 2011, be continued to Thursday,
23 July 14, 2011, at 9:00 a.m..
24    The reason for this continuance is being requested as the parties
25 are working toward a resolution of the matter, but need additional time
26 to complete that process.
27 ///
28 ///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 14, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 31, 2011          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALFONSO DE LA CRUZ-TORREZ


DATED: May 31, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHELE BECKWITH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 14, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**