```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFONSO DE LA CRUZ-TORREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>ALFONSO DE LA CRUZ-TORREZ, )<br>  )<br>            Defendant.  )<br>  )<br>_____) | No. 2:10-cr-00107-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 4, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant ALFONSO DE LA CRUZ-TORREZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 14, 2011, be continued to Thursday, August 4, 2011, at 9:00 a.m..

The reason for this continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

///

///

1     Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for August 4, 2011,
3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

6  DATED: July 6, 2011            Respectfully submitted,
7                                 DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /S/ Benjamin Galloway
9                                 BENJAMIN GALLOWAY
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  ALFONSO DE LA CRUZ-TORREZ
11

12
13 DATED: July 6, 2011            BENJAMIN B. WAGNER
                                  United States Attorney
14                                /s/ Benjamin Galloway for
                                  MICHELE BECKWITH
15                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
16

17                              **O R D E R**

18    **IT IS SO ORDERED.** Time is excluded from today's date through and
19 including August 4, 2011, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21 T4.  The Court specifically finds that the ends of justice served by
22 taking the action ordered outweigh the best interest of the public and
23 the defendant in a speedy trial.

24  Dated: July 14, 2011

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

**2**