DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFONSO DE LA CRUZ-TORREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00107-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| ALFONSO DE LA CRUZ-TORREZ, | ) | DATE:  November 10, 2011 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of
America through MICHELE BECKWITH, Assistant U.S. Attorney, and
defendant ALFONSO DE LA CRUZ-TORREZ, by and through his counsel,
BENJAMIN GALLOWAY, Assistant Federal Defender, that the status
conference set for Thursday, October 13, 2011, be continued to
Thursday, November 10, 2011, at 9:00 a.m..

The reason for this continuance is that this case presents a
Sentencing Guideline issue that is identical to one this Court is
currently considering in United States v. Guadalupe Carrillo-Hernandez,
09-00462-MCE.

///

1  It is anticipated that the Court will decide this issue at the Judgment
2  and Sentencing hearing in that matter set November 3, 2011.  The
3  parties have conferred and agree that the ends of justice will be best
4  served by deferring resolution of this case until the Court rules on
5  the Guideline issue.  The parties anticipate that this matter will then
6  resolve.  The parties believe that the requested continuance is the
7  most efficient and effective manner of resolving this case in that it
8  avoids the filing of duplicate motions.  Finally, the parties will use
9  the time between now and November 10, 2011 to prepare the case taking
10 into account due diligence.

11    Speedy trial time is to be excluded from the date of this order
12 through the date of the status conference set for November 10, 2011,
13 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
14 prepare] (Local Code T4).

15

16 DATED: October 4, 2011        Respectfully submitted,

17                               DANIEL J. BRODERICK
                                  Federal Defender
18
                                  /S/ Benjamin Galloway
19                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
20                                Attorney for Defendant
                                  ALFONSO DE LA CRUZ-TORREZ
21

22
23 DATED: October 4, 2011        BENJAMIN B. WAGNER
                                  United States Attorney
24                                /s/ Benjamin Galloway for
                                  MICHELE BECKWITH
25                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
26

27

28


                                  **2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 13, 2011 status conference and revocation hearing shall be continued to November 10, 2011, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, October 4, 2011, through and including the date of the new status conference, November 10, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**