```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFONSO DE LA CRUZ-TORREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br> ALFONSO DE LA CRUZ-TORREZ,  )<br>                             )<br>          Defendant.         )<br> _____ ) | Cr.S. 10-107-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 17, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant ALFONSO DE LA CRUZ-TORREZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, November 10, 2011, be continued to Thursday, November 17, 2011, at 9:00 a.m..

   The reason for this continuance is that this case presents a Sentencing Guideline issue that is identical to one this Court is currently considering in United States v. Guadalupe Carrillo-Hernandez, 09-00462-MCE.  It is anticipated that the Court will decide this issue at the Judgment and Sentencing hearing in that matter set November 3,

1  2011.  The parties have conferred and agree that the ends of justice
2  will be best served by deferring resolution of this case until the
3  Court rules on the Guideline issue.  The parties anticipate that this
4  matter will then resolve.  The parties believe that the requested
5  continuance is the most efficient and effective manner of resolving
6  this case in that it avoids the filing of duplicate motions.  Finally,
7  the parties will use the time between now and November 17, 2011 to
8  prepare the case taking into account due diligence.
9     Speedy trial time is to be excluded from the date of this order
10 through the date of the status conference set for November 17, 2011,
11 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
12 prepare] (Local Code T4).

14 DATED: November 4, 2011        Respectfully submitted,
15                                DANIEL J. BRODERICK
                                  Federal Defender
17                                /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
18                                Attorney for Defendant
                                  ALFONSO DE LA CRUZ-TORREZ

20 DATED: November 4, 2011        BENJAMIN B. WAGNER
21                                United States Attorney

22                                /s/ Benjamin Galloway for
                                  MICHELE BECKWITH
23                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set November 10, 2011 status conference and revocation hearing shall be continued to November 17, 2011, at 9:00 a.m..  It is further ordered that the time period from the date of the parties' stipulation, November 4, 2011, through and including the date of the new status conference, November 17, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3